UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| LEROY DENEKE, | ) | |
| | ) | Case No. 5:21-cv-5068 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Menard, Inc., ("Menard") by and through Katelyn A. Cook of Gunderson, Palmer, Nelson and Ashmore, LLP, its attorneys, pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, respectfully files this Notice of Removal, removing this action from the Seventh Judicial Circuit Court of Pennington County, South Dakota in which the action is now pending to the United States District Court for the District of South Dakota.  In support of this Removal, Defendant Menard presents the following discussion of fact and legal argument.

     **I.**    **VENUE IS PROPER IN THIS DISTRICT.**

     1.    Plaintiff Leroy Deneke filed a Complaint against Defendant Menard in the Seventh Judicial Circuit Court of Pennington County, South Dakota (the "State Court Action"). *See* Exhibit 1.

     2.    This Court is the proper venue because the United States District Court for the District of South Dakota, Western District, is the district court "embracing the place where the action is pending." 28 U.S.C. § 1441(a).

## II. ATTACHMENTS.

3. A true and correct copy of the docket sheet from the State Court Action is attached hereto as Exhibit 2. Pursuant to 28 U.S.C. § 1446(a), a legible copy of all process, pleadings, and orders filed of record in the State Court Action are attached hereto as Exhibit 3.

## III. THIS NOTICE OF REMOVAL IS TIMELY FILED.

4. Defendant Menard was served with the Summons and Complaint on September 13, 2021.

5. This Notice of Removal is being filed within thirty (30) days after service on Defendant Mendard. Accordingly, this Notice of Removal is timely filed within the requirement of 28 U.S.C. § 1446(b).

## IV. SUBJECT MATTER JURISDICTION.

6. This Court has original subject matter jurisdiction over this action pursuant to the diversity jurisdiction statute codified at 28 U.S.C. § 1332, which provides, in part, that the "district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different states." 28 U.S.C. § 1332(a)(1).

### A. Diversity of Citizenship.

7. Plaintiff Deneke is resident of Pennington County, South Dakota. *See* Exhibit 1, Complaint at ¶ 1.

8. Defendant Menard is a Wisconsin corporation with its principal place of business in Eau Claire, Wisconsin. *See* Exhibit 4, Wisconsin Department of Financial Institutions; *see also* Exhibit 1, Complaint at ¶ 2.

9. Accordingly, there is complete diversity if citizenship in this matter because the Plaintiff (a South Dakota resident) and Defendant Menard (a Wisconsin corporation) are citizens of different states.

### B. Amount in Controversy is Met.

10. Pursuant to 28 U.S.C. § 1446(c), the sum demanded in the initial pleading is deemed the amount in controversy. The United States Supreme Court has explained that "[t]he general federal rule has long been to decide what the amount in controversy is from the complaint itself, unless it appears or is in some way shown that the amount stated in the complaint is not claimed 'in good faith.'" *Horton v. Liberty Mut. Ins. Co.*, 367 U.S. 348, 353 (1961); *Larkin v. Brown*, 41 F.3d 387, 388 (8th Cir. 1994) (jurisdictional amount in controversy requirement satisfied by complaint that in good faith alleges damages exceeding jurisdictional amount).

11. As expressly set forth the Plaintiff's Complaint, the amount in controversy in this matter exceeds the sum of $75,000, meeting the requirements of 28 U.S.C. § 1332(a). The Complaint alleges negligence and states that Plaintiff has already incurred One Hundred Eighty Eight Thousand, One Hundred Twenty-Eight and 19/100 Dollars in damages. Thus, the amount in controversy is plainly $188,128.19, a sum which greatly exceeds $75,000.00. The amount is controversy requirement is easily met on the face of the Plaintiff's Complaint.

### V. THE OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED.

12. A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, will promptly be filed with the Clerk of the Seventh Judicial Circuit Court of Pennington County, South Dakota.

13. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

14. The allegations of this Notice of Removal are true and correct and this cause is within the jurisdiction of the United States District Court for the District of South Dakota.

15. If any question arises as to the propriety of the removal of this civil action, Defendant Menard requests the opportunity to present a brief in support of its position that this civil action is removable to this Court.

Dated: October 13, 2021.

          GUNDERSON, PALMER, NELSON
            & ASHMORE, LLP

By: */s/ Katelyn A. Cook*
     Katelyn A. Cook
     *Attorneys for Defendant*
     P.O. Box 8045
     Rapid City, SD  57709
     Telephone: (605) 342-1078
     Fax:  (605) 342-9503
     E-mail:  katie@gpna.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LeRoy Deneke

### DEFENDANTS
Menard, Inc.

**(b)** County of Residence of First Listed Plaintiff: Pennington
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael Hickey / John Stanton Dorsey
Bangs McCullen Butler Foye & Simmons / Whiting Hagg Hagg Dorsey & Hagg
PO Box 2670 / PO Box 8008
Rapid City, SD 57709 / Rapid City, SD 57709

Attorneys *(If Known)*
Katelyn A. Cook
PO Box 8045
Rapid City, SD 57709

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [X] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 10/13/021
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE